## JOSÉ TAYA'S SONS CO., OF NEW ORLEANS, v. BRASSLER et al.

(Circuit Court of Appeals, Second Circuit. April 3, 1922.)

### No. 258.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty by the José Taya's Sons Company, of New Orleans, against Charles A. Brassler and others, doing business as Kremelberg & Co. Decree for respondents, and libelant appeals. Affirmed.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine and Harry D. Thirkield, both of New York City, of counsel), for appellant.

George H. Corey and James K. Symmers, both of New York City, for appellees.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

MAYER, Circuit Judge. In view of our decision in the case between this libelant and Compania Arrendataria de Tobacos de Espana, 280 Fed. 825, decided contemporaneously herewith, we regard this case as moot, and for that reason the decree dismissing the libel is affirmed, without costs.